THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN CRESSON, Defendant-Appellant.

(No. 74-240;

Second District (1st Division)—July 17, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner and Ira A. Moltz, both of State Appellate Defender's Office, of Elgin, for appellant.

Gerry L. Dondanville, State's Attorney, of Geneva (Clarence Wittenstrom, Assistant State's Attorney, of counsel), for the People.